UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KMM CONSTRUCTION OF FLORIDA,
LLC, a Delaware limited liability
company

        Plaintiff,

v.                                                              Case No: 2:18-cv-662-FtM-38MRM

GREAT AMERICAN INSURANCE
COMPANY,

        Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on the parties' Joint Motion to Consolidate for All Purposes (Doc. 32) filed on December 28, 2018. The parties request this Court consolidate this action with a case currently pending before the undersigned for the sake of convenience and judicial economy - *Continental 332 Fund, LLC et al v. Albertelli et al.*, Case No. 2:17-cv-41-38MRM. Since this Motion is unopposed and the cases share a common nucleus of facts, the Court finds good cause to consolidate the two actions. *See Hendrix v. Raybestos-Manhattan, Inc.,* 776 F.2d 1492, 1495 (11th Cir. 1985) (noting district courts enjoy broad discretion in whether to consolidate actions).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Joint Motion to Consolidate for All Purposes (Doc. 32) is **GRANTED**.

(2) The Clerk of Court is directed to **CONSOLIDATE** this case with the undersigned's case styled *Continental 332 Fund, LLC et al v. Albertelli et al.*, Case No. 2:17-cv-41-38MRM for all future proceedings, which will serve as the lead case.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of December, 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record